HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDITH AYDEE GARCIA-CONSUEGRA,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE R. ASHER, et al.,<br><br>Respondents. | CASE NO. C14-1366 RAJ<br><br>ORDER |

This matter comes before the court on the report and recommendation of the Honorable James P. Donohue (Dkt. #16) and the motion of respondents Nathalie R. Asher, Lowell Clark and Eric H. Holder to dismiss the case as moot (Dkt. #17).

In her petition, Petitioner Edith Aydee Garcia-Consuegra ("Garcia") contends that she is entitled to be released from immigration custody and requests a bond hearing. Garcia has since been granted bond and was released on December 11, 2014. Dkt. # 17-1. Because Garcia has received all of the relief which she sought in her petition, her claims are now moot. Accordingly, respondents' motion to dismiss is GRANTED. The

ORDER- 1

clerk is directed to send a copy of this order to the parties and to Judge Donohue. The clerk shall also terminate all pending motions and close this case.

Dated this 13th day of January 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2